## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NOSRAT MAJLESY, an Individual Resident of Washington,<br>          Plaintiff,<br><br>                    v.<br>PB IMPULSORES, S. de R.L. de. C.V., a Mexican Limited Liability Company; BANCO J.P. MORGAN, S.A., a Mexican Corporation; TRUMP MARKS, LLC, a Delaware Limited Liability Company; TRUMP MARKS BAJA, LLC, a Delaware Limited Liability Company; TRUMP ORGANIZATION, INC., a New York Corporation; TRUMP ORGANIZATION, LLC, a New York Limited Liability Company; IRONGATE DEVELOPMENT, an unknown business entity; IRONGATE WILSHIRE, LLC, a Delaware Limited Liability Company; IRONGATE CAPITAL PARTNERS, LLC, a Delaware Limited Liability Company; FIRST AMERICAN FUND CONTROL, INC., a California Corporation; CALIFORNIA FUND CONTROL, INC., a California Corporation; LANDAMERICA TITLE COMPANY, a California Corporation; LAWYERS TITLE COMPANY, a California Corporation; SOUTHLAND TITLE CORPORATION, a California Corporation; and SOUTHLAND TITLE OF SAN DIEGO, a California Corporation,<br><br>          Defendants. | **Civil Action**<br>**No.:  2:2009cv01442jcc**<br><br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS FIRST AMERICAN FUND CONTROL, INC. and CALIFORNIA FUND CONTROL, INC.**<br>**(FRCP 41(a)(1)(A)(i))** |

### NOTICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives this amended

notice of voluntary dismissal, without prejudice, of his claims against Defendants First

2

American Fund Control, Inc. and California Fund Control, Inc.  Said parties to bear their own costs and fees.  This Notice does not affect any other claims against any other parties.  Neither Defendant First American Fund Control, Inc. nor California Fund Control, Inc. has filed an answer to the Complaint or a motion for summary judgment in this case.

The purpose of this "Amended Notice" is that the notice of voluntary dismissal previously filed in this case incorrectly identified Defendant First American Fund Control, Inc. as American Fund Control, Inc.

DATED this 17th day of February, 2010.

ALEX T. LARKIN, WSBA No. 36613
Mark Douglas Kimball, PS
MDK Law Associates
Attorneys for Plaintiff

2