## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NOSRAT MAJLESY, an Individual Resident of Washington,<br>        Plaintiff,<br><br>                    v.<br>PB IMPULSORES, S. de R.L. de. C.V., a Mexican Limited Liability Company; BANCO J.P. MORGAN, S.A., a Mexican Corporation; TRUMP MARKS, LLC, a Delaware Limited Liability Company; TRUMP MARKS BAJA, LLC, a Delaware Limited Liability Company; TRUMP ORGANIZATION, INC., a New York Corporation; TRUMP ORGANIZATION, LLC, a New York Limited Liability Company; IRONGATE DEVELOPMENT, an unknown business entity; IRONGATE WILSHIRE, LLC, a Delaware Limited Liability Company; IRONGATE CAPITAL PARTNERS, LLC, a Delaware Limited Liability Company; FIRST AMERICAN FUND CONTROL, INC., a California Corporation; CALIFORNIA FUND CONTROL, INC., a California Corporation; LANDAMERICA TITLE COMPANY, a California Corporation; LAWYERS TITLE COMPANY, a California Corporation; SOUTHLAND TITLE CORPORATION, a California Corporation; and SOUTHLAND TITLE OF SAN DIEGO, a California Corporation,<br>        Defendants. | Civil Action<br>No.:  2:2009cv01442jcc<br><br><br>**STIPULATION AND ORDER OF DISMISSAL** |

1

## STIPULATION

All parties hereto stipulate that all claims in this action should be dismissed at this time with prejudice and without any award of fees or costs.  The parties further stipulate that this Stipulation and Order may be executed in counterparts and that faxed or emailed signatures are valid as originals.


DATED this 23rd day of April, 2010.


MARK D. KIMBALL, WSBA No. 13146
MDK Law Associates
Attorneys for Plaintiff



RENEE ROTHAUGE, WSBA No. 20661
Bullivant Houser Bailey PC
Attorneys for Defendants PB Impulsores, S. de R.L. de C.V., The Bank of New York Mellon, S.A., Banco JP Morgan, S.A., Irongate Wilshire LLC, and Irongate Capital Partners LLC



STEVEN CAPLOW, WSBA No. 19843
Davis Wright Tremaine LLP
Attorneys for Defendants Trump Marks LLC, Trump Marks Baja LLC, Trump Organization LLC, and Trump Organization, Inc.

STEPHEN J. SIRIANNI, WSBA No. 6957
Sirianni, Youtz, Meier & Spoonemore
Attorneys for Defendant Lawyers Title Company

ERIC B. MARTIN, WSBA No. 32896
McGuire Woods LLP
Attorneys for Defendants LandAmerica Title Company, Southland Title Corporation,
and Southland Title of San Diego
(Signed by Mark D. Kimball with authorization from Eric B. Martin)

## ORDER OF DISMISSAL

Based upon the Stipulation set forth above, and finding good cause therefore:

IT IS HEREBY ORDERED that this action, including all respective claims of all

of the parties, be dismissed with prejudice and without any award of fees or costs.


DONE IN OPEN COURT this _____ day of April, 2010.




_____
JUDGE JOHN C. COUGHENOUR



Presented by:




_____
MARK D. KIMBALL, WSBA No. 13146
MDK Law Associates
Attorneys for Plaintiff




Approved for Entry;
Notice of Presentation Waived:




_____
RENEE ROTHAUGE, WSBA No. 20661
Bullivant Houser Bailey PC
Attorneys for Defendants PB Impulsores, S. de R.L. de C.V., The Bank of New York
Mellon, S.A., Banco JP Morgan, S.A., Irongate Wilshire LLC, and Irongate Capital
Partners LLC

4

_____
STEVEN CAPLOW, WSBA No. 19843
Davis Wright Tremaine LLP
Attorneys for Defendants Trump Marks LLC, Trump Marks Baja LLC, Trump
Organization LLC, and Trump Organization, Inc.

_____
STEPHEN J. SIRIANNI, WSBA No. 6957
Sirianni, Youtz, Meier & Spoonemore
Attorneys for Defendant Lawyers Title Company

_____
ERIC B. MARTIN, WSBA No. 32896
McGuire Woods LLP
Attorneys for Defendants LandAmerica Title Company, Southland Title Corporation,
and Southland Title of San Diego
(Signed by Mark D. Kimball with authorization from Eric B. Martin)

## STIPULATION

All parties hereto stipulate that all claims in this action should be dismissed at this time with prejudice and without any award of fees or costs. The parties further stipulate that this Stipulation and Order may be executed in counterparts and that faxed or emailed signatures are valid as originals.

DATED this 23rd day of April, 2010.

MARK D. KIMBALL, WSBA No. 13146
MDK Law Associates
Attorneys for Plaintiff

RENEE ROTHAUGE, WSBA No. 20661
Bullivant Houser Bailey PC
Attorneys for Defendants PB Impulsores, S. de R.L. de C.V., The Bank of New York Mellon, S.A., Banco JP Morgan, S.A., Irongate Wilshire LLC, and Irongate Capital Partners LLC

STEVEN CAPLOW, WSBA No. 19843
Davis Wright Tremaine LLP
Attorneys for Defendants Trump Marks LLC, Trump Marks Baja LLC, Trump Organization LLC, and Trump Organization, Inc.

## ORDER OF DISMISSAL

Based upon the Stipulation set forth above, and finding good cause therefore:

IT IS HEREBY ORDERED that this action, including all respective claims of all

of the parties, be dismissed with prejudice and without any award of fees or costs.

DONE IN OPEN COURT this _____ day of April, 2010.


_____
JUDGE JOHN C. COUGHENOUR


Presented by:


_____
MARK D. KIMBALL, WSBA No. 13146
MDK Law Associates
Attorneys for Plaintiff


Approved for Entry;
Notice of Presentation Waived:


_____
RENEE ROTHAUGE, WSBA No. 20661
Bullivant Houser Bailey PC
Attorneys for Defendants PB Impulsores, S. de R.L. de C.V., The Bank of New York
Mellon, S.A., Banco JP Morgan, S.A., Irongate Wilshire LLC, and Irongate Capital
Partners LLC

4

## STIPULATION

All parties hereto stipulate that all claims in this action should be dismissed at this time with prejudice and without any award of fees or costs. The parties further stipulate that this Stipulation and Order may be executed in counterparts and that faxed or emailed signatures are valid as originals.

DATED this 23rd day of April, 2010.

_____
MARK D. KIMBALL, WSBA No. 13146
MDK Law Associates
Attorneys for Plaintiff

_____
RENEE ROTHAUGE, WSBA No. 20661
Bullivant Houser Bailey PC
Attorneys for Defendants PB Impulsores, S. de R.L. de C.V., The Bank of New York Mellon, S.A., Banco JP Morgan, S.A., Irongate Wilshire LLC, and Irongate Capital Partners LLC

_____
STEVEN CAPLOW, WSBA No. 19843
Davis Wright Tremaine LLP
Attorneys for Defendants Trump Marks LLC, Trump Marks Baja LLC, Trump Organization LLC, and Trump Organization, Inc.

2

_____

STEVEN CAPLOW, WSBA No. 19843
Davis Wright Tremaine LLP
Attorneys for Defendants Trump Marks LLC, Trump Marks Baja LLC, Trump
Organization LLC, and Trump Organization, Inc.

_____

STEPHEN J. SIRIANNI, WSBA No. 6957
Sirianni, Youtz, Meier & Spoonemore
Attorneys for Defendant Lawyers Title Company

_____

ERIC B. MARTIN, WSBA No. 32896
McGuire Woods LLP
Attorneys for Defendants LandAmerica Title Company, Southland Title Corporation,
and Southland Title of San Diego
(Signed by Mark D. Kimball with authorization from Eric B. Martin)

STEPHEN J. SIRIANNI, WSBA No. 6957
Sirianni, Youtz, Meier & Spoonemore
Attorneys for Defendant Lawyers Title Company


ERIC B. MARTIN, WSBA No. 32896
McGuire Woods LLP
Attorneys for Defendants LandAmerica Title Company, Southland Title Corporation,
and Southland Title of San Diego
(Signed by Mark D. Kimball with authorization from Eric B. Martin)

3

STEVEN CAPLOW, WSBA No. 19843
Davis Wright Tremaine LLP
Attorneys for Defendants Trump Marks LLC, Trump Marks Baja LLC, Trump
Organization LLC, and Trump Organization, Inc.


STEPHEN J. SIRIANNI, WSBA No. 6957
Sirianni, Youtz, Meier & Spoonemore
Attorneys for Defendant Lawyers Title Company


ERIC B. MARTIN, WSBA No. 32896
McGuire Woods LLP
Attorneys for Defendants LandAmerica Title Company, Southland Title Corporation,
and Southland Title of San Diego
(Signed by Mark D. Kimball with authorization from Eric B. Martin)

5